JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102
   Telephone:  (415) 436-6838
   Fax:  (415) 436-7234
   Email: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR-09-0028-MMC |
|    Plaintiff, ) | ORDER SETTING HEARING AND |
| ) | [PROPOSED] BRIEFING SCHEDULE RE |
| v. ) | POTENTIAL MOTIONS CHALLENGING |
| ) | EXPERT TESTIMONY REGARDING |
| BRANDON BERNARD ) | DNA EVIDENCE |
|    and ) | |
| STEPHEN GRADY, ) | |
|    Defendants. ) | |

On July 1, 2009, the parties appeared before the Court and set the above-captioned matter for jury trial on October 5, 2009.  The Court then set various pre-trial deadlines, including an August 13, 2009 discovery cut-off date.  The Court directed the parties to meet and confer regarding a schedule for possible motions relating to expert testimony regarding DNA evidence, and to propose a schedule to the Court.

//

//

[PROPOSED] BRIEFING SCHEDULE RE DNA EXPERT MOTIONS
No.  CR-09-0028-MMC

Accordingly, the parties propose the following schedule[1] :

- Any motion to exclude expert testimony regarding DNA evidence will be filed by **August 25, 2009.**
- Any opposition brief will be filed by **September 8, 2009.**
- Any reply brief will be filed by **September 15, 2009.**
- The hearing on any such motion will be held at the Court's convenience during **the week of September 21, 2009.**

Should any party seek to file a motion to exclude expert testimony regarding DNA evidence at a date later than that described above, that party will seek permission from the Court to file such motion and will explain why the motion could not have been filed according to the above schedule.

SO STIPULATED:

                              JOSEPH P. RUSSONIELLO
                              United States Attorney

DATED: 7-15-09                              /s/
                              MATTHEW L. McCARTHY
                              Assistant United States Attorney

DATED: 7-15-09                              /s/
                              JOHN HEMANN
                              Attorney for Stephen Grady

---

[1] The government intends to introduce DNA evidence against defendant Stephen Grady. The DNA evidence is not expected to inculpate defendant Brandon Bernard, and his counsel has therefore not been party to these scheduling discussions. Mr. Bernard's counsel has received discovery regarding the expected DNA evidence.

[PROPOSED] BRIEFING SCHEDULE RE DNA EXPERT MOTIONS
No.  CR-09-0028-MMC                      2

**ORDER**

The Court orders that:

- Any motion to exclude expert testimony regarding DNA evidence shall be filed by ~~August 25, 2009.~~  August 18, 2009.
- Any opposition brief shall be filed by ~~September 8, 2009.~~  September 1, 2009.
- Any reply brief shall be filed by ~~September 15, 2009.~~  September 8, 2009.
- The hearing on any such motion will be held at __3:00__ on __Tuesday__, **September _15_, 2009.**

Should any party seek to file a motion to exclude expert testimony regarding DNA evidence at a date later than that described above, that party shall seek permission from the Court to file such motion and shall explain why the motion could not have been filed according to the above schedule.

SO ORDERED.

DATED: July 17, 2009

THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

[PROPOSED] BRIEFING SCHEDULE RE DNA EXPERT MOTIONS
No. CR-09-0028-MMC                     3